**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:16-231 (RC) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| and | ) ) | |
| THE WILLIAM J. CLINTON PRESIDENTIAL LIBRARY, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT REGARDING SCHEDULE**

The parties, by undersigned counsel, respectfully submit this joint status report in response to the Court's Order of March 23, 2016 requiring the parties to meet, confer, and submit a proposed briefing schedule:

1.    Plaintiff Cause of Action Institute ("CA Institute") initiated this Freedom of Information Act ("FOIA") lawsuit against Defendants National Archives and Records Administration and the William J. Clinton Presidential Library (collectively, "NARA") on February 12, 2016. (ECF No. 1).  NARA answered the complaint on March 22, 2016. (ECF No. 8).

2.    On March 23, 2016, the Court entered a minute order requiring the parties to "meet and confer and submit a proposed briefing schedule on or before April 6, 2016."

3.      Two FOIA requests are at issue in this case.

a.      FOIA Request No. NGC15-364 seeks:

(1)      For the time period January 1, 2012 to March 1, 2013, all records from Terri Garner (or the current Clinton Library Director) to Hillary Clinton and/or any of her agents or representatives; and

(2)      For the time period January 1, 2012 to March 1, 2013, all records, from Terri Garner (or the current Clinton Library Director) to any employee of NARA referring or relating to the records of Hillary Clinton.

b.      As stated in the September 22, 2015 letter from R. James Valvo, III, Counsel & Senior Policy Advisor, Cause of Action Institute, to Hon. David S. Ferriero, Archivist of the United States, FOIA Request No. NGC16-001 seeks:

(1)      For "the time period of December 1, 2014 until the present[,]" all records concerning NARA's internal response to the April 2, 2015 letter from the State Department to NARA, and any further communications to or from the State Department relating to the subject matter of the March 3, 2015 letter from NARA to the State Department and/or the State Department's April 2, 2015 letter to NARA;

(2)      For "the time period of December 1, 2014 until the present[,]" all records reflecting NARA's efforts to secure the native electronic versions, with associated metadata, of the approximately 55,000 hard copy pages of emails that Hillary Clinton provided to the State Department on December 5, 2014; and

(3)      For "the time period of December 1, 2014 until the present[,]" all records reflecting any information or update the State Department provided to NARA

relating to whether the collection of documents Hillary Clinton provided to the State Department is or may be incomplete.

4.    In response to the Court's minute order, the parties conferred and respectfully submit the following proposal for further proceedings in this case. Because of its obligation to process other FOIA requests that were ahead of CA Institute's requests in the processing queue, NARA requires additional time to complete its processing of the requests. NARA notes that CA Institute's requests have reached the top of the processing queue and are now being processed.

5.    The parties propose that NARA produce to CA Institute all non-exempt records responsive to FOIA Request No. NGC15-364 by May 18, 2016. The parties respectfully propose that they then be permitted to submit a joint status report by May 23, 2016, reporting on the May 18, 2016 production and containing a proposed schedule for completing release to CA Institute of any non-exempt records responsive to FOIA Request No. NGC16-001.

6.    At this stage in the litigation, NARA has yet to either produce or withhold any records, and the parties respectfully submit that it would be premature to set a briefing schedule. The parties therefore request that they be permitted to submit a final joint status report within two weeks of the date that NARA completes its production of all responsive, non-exempt records, in which they will inform the Court whether they have resolved all disputes or whether dispositive motions are anticipated and—in the event that such motions are anticipated—submit a briefing schedule for summary judgment.

Dated:  April 6, 2016

/s/ R. James Valvo, III
R. JAMES VALVO, III (DC Bar# 1017390)
Cause of Action Institute
1875 Eye St., NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 499-4232
Fax: (202) 330-5842
E-mail: james.valvo@causeofaction.org

*Attorney for Plaintiff*

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Civil Division, Federal Programs Branch

/s/ Julie Straus Harris
JULIE STRAUS HARRIS (DC Bar # 1021928)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 6139
Washington, D.C. 20530
Tel: (202) 353-7633
Fax: (202) 616-8460
E-mail: julie.strausharris@usdoj.gov

*Attorneys for Federal Defendants*

4